IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00149-MSK-MEH

MITSUBISHI MOTORS CREDIT
OF AMERICA, INC.,

    Plaintiff,

v.

DEUCE, INCORPORATED,

 and

RAY DRESSELHAUS,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, April 10, 2006.**

    Plaintiff's Unopposed Motion for Leave to File First Amended Complaint [Filed April 7, 2006; Docket #10] is **granted**. The Clerk of the Court is directed to docket the First Amended Complaint [Docket #10-2].