IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00149-MSK-MEH

MITSUBISHI MOTORS CREDIT OF AMERICA, INC.,

    Plaintiff,

v.

DEUCE, INCORPORATED, and
RAY DRESSELHAUS,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, November 9, 2006.**

    To facilitate the potential for settlement, the parties' Joint Motion for Modification of Scheduling Order and Court Room Minute Order to Extend Discovery Cut-Off Date [Filed November 6, 2006; Docket #32] is **granted**. The discovery deadline is reset to January 15, 2007. No further discovery extension will be allowed.