IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-00149-MSK-MEH

MITSUBISHI MOTORS CREDIT OF AMERICA, INC.

      Plaintiff,

v.

DEUCE, INCORPORATED, and
RAY DRESSELHAUS,

      Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE AND TO CLOSE CASE

THIS MATTER is before the Court on the "Joint Stipulation for Dismissal with Prejudice" **(#37)** filed January 26, 2007.  The Court having reviewed the foregoing:

**ORDERS** that the above-captioned matter is dismissed with prejudice, each party to bear his, her or its own costs and attorneys' fees incurred in connection with this action.  *The Clerk shall close this case.*

Dated this 29th day of January, 2007

                          **BY THE COURT:**

                          Marcia S. Krieger
                          United States District Judge